*Mary Ann Scott, Adm^x*
*v.*
*Jn° Anderson.*

filed in the Clerks
office Dec. 13. 1821
M DORR   Clerk

IN SUP. COURT SEPTR TERM 1821.

*Mary Ann Scott*
*Adm^x of W^m Mc D.*
*Scott.     v.*
*John Anderson*

Defts Plea

And the Said John Anderson the Defn in this case by Hunt & Larned his Attys comes & defends the wrong & injury when &c & for plea says he does not owe the Plaintiff as she in her declaration against him hath alledged & thereof he puts himself on the Country for trial   —   By HUNT & LARNED and the plff: doth the like — by SIBLEY & WHITNEY

The Plaintiff or his Attorney in this case will take notice that the defendant will offer demand & evidence of set off to the demand of Plaintiff for the Sum of eight hundred dollars, being an amount due from Plf to Deft for rent, use & occupation of a certain house & lot situate in the City of Detroit — And also the further Sum of eight hundred dollars as an offset, being

that amount allowed by the Commissioners of insolvency on the estate of said deceased — And duly returned into the Probate Court of the County of Wayne & accepted by said Court

The Plaintiff in this case or his Att^ys will take notice in this case that the prayer for oyer of the bond not being complied with, the Def^t will move the court, to withdraw the above plea & plead anew at the next term of the Sup. Court                                      HUNT & LARNED.